■ In the Matter of MURRAY WHITAKER, Admitted as MURRAY WIEDERKEHR. — Motion for reargument or for alternative relief, including leave to appeal to the Court of Appeals, denied. Concur — Murphy, P. J., Ross, Carro, Fein and Kassal, JJ.

(October 9, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CICERO SALMON, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on February 25, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Bloom, JJ.